GURNEY P. HOOD, COMMISSIONER OF BANKS, EX REL. PAGE TRUST COM-
PANY, v. CHARLES E. JOHNSON AND HAMLET ICE COMPANY.

(Filed 11 December, 1935.)

**Trial H a—**

Where the parties submit an agreed statement of facts, the court should
render judgment thereon, and it is error for the court to submit the issue
involved to the jury, the agreed statement of facts being conclusive unless
set aside for mutual mistake or fraud.

APPEAL by defendants from *Williams, J.,* and a jury, at Second June
Term, 1935, of WAKE. Error and remanded.

*Robert A. Hovis and Kenneth C. Royall for plaintiff.*
*S. Brown Shepherd and Wm. Vass Shepherd for defendants.*

PER CURIAM. The plaintiff and defendants in the agreed statement of
facts have this: "The plaintiff and defendants respectfully agree *that the
facts relative to this controversy,* in addition to those admitted in the
pleadings, are as follows," setting same forth.

This case was remanded that it be determined on "the agreed state-
ment of facts"—208 N. C., 77. In the present case the court below sub-
mitted the following issue to the jury:

"Was the note described in paragraph 5 of the complaint a renewal
of the note described in paragraph 4 of the complaint?" The jury
answered the issue "Yes."

The court below rendered judgment for plaintiff on the verdict. The
defendants excepted and assigned error to the submission of the issue.
We think defendants' exception and assignment of error must be sus-
tained. The parties to the controversy have agreed to the statement of
facts. The court below should render judgment on this agreed state-
ment of facts. Like any other agreement, it stands unless set aside for
mutual mistake or fraud.

Error and remanded.